UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
PRIMITIVO ROBLES, *on behalf of himself and all*   :
*others similarly situated*,          :
          :
         Plaintiff,   :   24-CV-07508 (JAV)
         :
    -v-   :   <u>ORDER</u>
         :
BUDKOIN LLC,         :
         :
         Defendant.   :
         X
------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: December 23, 2024                          _____
      New York, New York                     JEANNETTE A. VARGAS
                                                  United States District Judge