UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
PRIMITIVO ROBLES, *on behalf of himself and all others* :
*similarly situated*, :
: 24-CV-07508 (JAV) (RWL)
:
Plaintiff, :
: <u>ORDER OF REFERENCE</u>
-v- : <u>TO A MAGISTRATE</u>
: <u>JUDGE</u>
BUDKOIN LLC, :
:
:
Defendant. :
:
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: December 23, 2024                        _____
       New York, New York                              JEANNETTE A. VARGAS
                                                       United States District Judge