```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIMITIVO ROBLES, on behalf of himself      :
and all other similarly situated,           :
                                            :    24-CV-7508 (JAV) (RWL)
                   Plaintiff,               :
                                            :
         - against -                        :    ORDER
                                            :
BUDKOIN LLC,                                :
                                            :
                   Defendant.               :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the matters raised in the letters at Dkts. 12 and 13. Plaintiff has obtained a Certificate of Default but not yet moved for default judgment. Delano de Randamie, the owner of Defendant Budkoin LLC, asks the Court to set aside the default so that he can appear and defend his business. (Dkt. 12.) Plaintiff asks the Court to recognize the validity of service made via the Secretary of State and to set a deadline for Defendant's appearance and response to the complaint. (Dkt. 13.)

Plaintiff is correct that because the Defendant is a corporate entity, it can only appear through an attorney. Accordingly, if Defendant wishes to appear and contest the complaint, it must appear by counsel no later than **May 12, 2025**, and any response to the complaint must be filed by **May 26, 2025**. Failure to comply with either date may result in entry of default judgment.

The Court makes no finding at this time with respect to the propriety of service on Defendant.

By **April 14, 2025**, Plaintiff's counsel shall send this Order to Mr. Randamie by email and first-class mail and shall file proof of service of same by **April 15,**

1

**2025**.  (Plaintiff's counsel is evidently aware of how to contact Mr. Randamie as counsel represents that its office already has sent letters and emails to Mr. Randamie in regard to this matter.)

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 13.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2025
       New York, New York

Copies transmitted this date to all counsel of record.